# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: July 20, 2026

| | | |
|---|---|---|
| JOANNE DOHERTY, | * | |
| Petitioner, | * | No. 23-998V |
| v. | * | Special Master Young |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | * | |
| Respondent. | * | |

*Ronald Craig Homer*, Conway, Homer, P.C., Boston, MA, for Petitioner.
*Jeremy Mauritzen*, United States Department of Justice, Washington, DC, for Respondent.

**RULING ON ENTITLEMENT**[1]

On June 29, 2023, Joanne Doherty ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program ("the Program").[2] Pet., ECF No. 1. Petitioner alleged that she suffered from Guillain-Barré Syndrome ("GBS") as a result of the influenza ("flu") vaccine she received on October 3, 2020. *Id.*

On July 17, 2026, Respondent filed a report pursuant to Vaccine Rule 4(c) stating that Petitioner's claim was appropriate for compensation. Am. Resp't's Rep. at 1, ECF No. 51. Respondent stated that he agreed with Petitioner's claim that she suffered the Table injury GBS following a flu vaccine. *Id.* at 13. Specifically, Respondent stated that the evidence in this case demonstrates that Petitioner had "(a) bilateral flaccid limb weakness and decreased or absent deep tendon reflexes in weak limbs; (b) a monophasic illness pattern; (c) an interval between onset and

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub L. No. 99-660, 100 Stat. 3755 ("the Vaccine Act" or "Act"). Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

nadir of weakness between 12 hours and 28 days; (d) subsequent clinical plateau; and (e) the absence of an identified more likely alternative diagnosis." *Id.* at 14 (citing 42 C.F.R. § 100.3(c)(15)).

A special master may determine whether petitioners are entitled to compensation based upon the record. A hearing is not required. §300aa-13; Vaccine Rule 8(d). In light of Respondent's concession and a review of the record, I find that Petitioner is entitled to compensation. This matter shall now proceed to the damages phase.

**IT IS SO ORDERED.**

s/Herbrina D. S. Young
Herbrina D. S. Young
Special Master